Jermaine A Hampton
    Plaintiff
  v                                           Case 19-cv-609 nJ
Mark A Richter et al.,
    Defendants

           motion for extension
                of time

I Jermaine A Hampton appearing pro se hereby moves this Court for an order extending the time allowed to respond to the defendants motion for summary Judgment to Jan. 12th 2022 as the Plaintiff is still preparing his case file and also preparing for his upcoming Neuro surgery scheduled for any day this month of october 2021 as well as his up coming Release date which is November 16th 2021 and due to his Need for recovery after surgery he will not be able to litigate his Claim as the Sergeon expect his Recovery to be atleast Four to Six month's and as seeing that there is currently no trial date yet set for this case the Defendants will not be prejudiced as anyway Therefore the Plaintiff moves this Court for an order allowing him to file or Respond to the defendants motion for Summary Judgment on or before Jan. 12th 2022

           Respectfully Submitted

Jermaine A Hampton
    pro se litigant.

        Dated this 23rd day of October, 2021